■ CRYSTAL CLEE, and Infant, by Her Mother and Natural Guardian, BARBARA EVANS, et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [608 NYS2d 825] —Order, Supreme Court, New York County (Eugene L. Nardelli, J.), entered on or about July 28, 1992, unanimously affirmed for the reasons stated by Nardelli, J., without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Asch and Williams, JJ.